December 13, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

WINSTON LEON HENDRICKS, Appellant

NO. 14-15-00673-CV               V.

SHARON KAYE (BERWICK) BARKER, INDIVIDUALLY AND AS THE
INDEPENDENT EXECUTRIX OF THE ESTATE OF JAMES LUTHER
BERWICK, Appellee

_____

  This cause, an appeal from the "Order of Dismissal" signed August 7, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's ruling. We order the ruling of the court below **AFFIRMED**.

  We order appellant, Winston Leon Hendricks, to pay all costs incurred in this appeal.

  We further order this decision certified below for observance.